1138

No. 96–7413.  SHAW v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–7415.  CRAWFORD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–7416.  CREDIT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–7417.  KILEY v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 96–7421.  MAZA v. UNITED STATES; and
No. 96–7551.  WALKER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 93 F. 3d 1390.

No. 96–7425.  KISSICK v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 96–7428.  MONROE v. UNITED STATES MARSHALS SERVICE ET AL.; and MONROE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–7429.  NAHODIL v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–7431.  MONACO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–7432.  LOPEZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–7435.  BOWMAN v. RUNYON, POSTMASTER GENERAL, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–7438.  RODRIGUEZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–7441.  TIRICO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–7446.  RUFFIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.